UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

FILED
CLERKS OFFICE

| | |
|---|---|
| Comcast of Southern New England, Inc., | ) Case No.: 03-cv-12264-RGS |
| Plaintiff, | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) |
| | ) WITHOUT PREJUDICE |
| Constance Bohun | ) |
| Defendant | ) |

2004 JUN A 11: 10
U.S. DISTRICT COURT
DISTRICT OF MASS

Now comes the Plaintiff in this action and hereby gives Notice to this Court, that pursuant to Rule 41(a)(1)(I) of the Fed. R. Civ. P., the Plaintiff dismisses, without prejudice, the Defendant Constance Bohun from the above-referenced action.

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

6/9/04
Date

John M. McLaughlin
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328